**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 Two Bridges Road, Suite 230**
**Fairfield, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

In Re:                                    UNITED STATES BANKRUPTCY COURT
                                          DISTRICT OF NEW JERSEY
  VICTOR ANTONIO PERALTA,

            Debtor                        **CASE NO.:22-12265 SLM**

_____

## NOTICE OF RESERVE ON CLAIM

Creditor:            AMERICAN AIRLINES FEDERAL CREDIT UNION
Trustee Claim #:     1/72
Court Claim #:       2/4
Claimed Amount:      $2,001.13/$1,926.24

Please be advised that a reserve has been placed on the above claim for the following reason:

- Court Claim #2 and Court Claim #4 appear to be for the same debt; one of these claims must be withdrawn.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.


                                          /s/   Marie-Ann Greenberg
                                          Chapter 13 Standing Trustee

Dated:  APRIL 4, 2022

VICTOR ANTONIO PERALTA
60 BOYD AVENUE
JERSEY CITY, NJ 07304

GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ 08837

AMERICAN AIRLINES FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 619001 MD 2100
DFW AIRPORT, TX 75261