Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 22−12265−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Antonio Peralta
   60 Boyd Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−8526

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/25/22
Time:           08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 18, 2022
JAN: sjp

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 22-12265-SLM
Victor Antonio Peralta                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                Page 1 of 6
Date Rcvd: Apr 18, 2022                        Form ID: 132                          Total Noticed: 82

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Antonio Peralta, 60 Boyd Avenue, Jersey City, NJ 07304-1408 |
| 519536052 | ++ | AMERICAN RECOVERY SERVICE INCOPORATED, 555 ST CHARLES DRIVE STE 100, THOUSAND OAKS CA 91360-3983 address filed with court:, American Recovery Services, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 519536061 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536064 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519552122 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519536088 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519536089 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519536098 | + | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066-1807 |
| 519536090 | + | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 519536091 | + | First National Bank, P.o. Box 3412, Omaha, NE 68197-0001 |
| 519554067 | + | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197-0002 |
| 519536100 | + | Freedom Road Financial, 10605 Double R Blvd, Reno, NV 89521-8920 |
| 519536101 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519536106 | ++ | MONARCH RECOVERY MANAGEMENT INC, ATTN COMPLIANCE, 3260 TILLMAN DRIVE, SUITE 75, BENSALEM PA 19020-2059 address filed with court:, Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 519536107 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519536105 | + | Monarch Recovery Management, PO Box 21089, Philadelphia, PA 19114-0589 |
| 519536108 | | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536109 | | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536111 | | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519536118 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 519536142 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519536146 | | Us Bank, Attn Cbdh, Oshkosh, WI 54903 |
| 519536147 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 519536148 | + | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 519536149 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2022 20:46:30 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536037 | | Email/Text: bankruptcy@aacreditunion.org | Apr 18 2022 20:42:00 | American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536034 | | Email/Text: bankruptcy@aacreditunion.org | Apr 18 2022 20:42:00 | American Airlines FCU, Attn: Bankruptcy, Pob |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536048 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536052 | | Email/Text: bankruptcies@arsigroup.com | Apr 18 2022 20:42:00 | American Recovery Services, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 519536042 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:20 | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |
| 519536040 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:31 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553429 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536046 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:22 | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536044 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:20 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536050 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 18 2022 20:43:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536053 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536057 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2022 20:46:10 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536061 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536064 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2022 20:42:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536067 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2022 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2022 20:42:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2022 20:46:32 | CITI, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519536084 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 18 2022 20:42:00 | Credit Corp Solutions, Inc, 121 W Election Road, Suite 200, Draper, UT 84020 |
| 519536085 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 18 2022 20:42:00 | Credit Corp Solutions, Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 519536071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2022 20:46:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2022 20:46:28 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519551741 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2022 20:46:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519536087 | | Email/Text: mrdiscen@discover.com | Apr 18 2022 20:42:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519541404 | | Email/Text: mrdiscen@discover.com | Apr 18 2022 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519536086 | + | Email/Text: mrdiscen@discover.com | Apr 18 2022 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519536092 | + | Email/Text: crdept@na.firstsource.com | Apr 18 2022 20:43:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536099 | + | Email/Text: sthomas@frf1.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 18 2022 20:43:00 | Freedom Road Financial, Attn: Bankruptcy, Po Box 4597, Oak Brook, IL 60522-4597 |
| 519536077 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2022 20:46:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536080 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2022 20:46:28 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551100 | + | Email/Text: RASEBN@raslg.com | Apr 18 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519536104 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519536103 | + | Email/Text: Documentfiling@lciinc.com | Apr 18 2022 20:42:00 | Lendingclub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519536106 | | Email/Text: compliance@monarchrm.com | Apr 18 2022 20:42:00 | Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 519555270 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2022 20:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519536113 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519536114 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519536115 | + | Email/Text: ngisupport@radiusgs.com | Apr 18 2022 20:42:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 519536116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2022 20:46:09 | Resurgent Acquisitions LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519548460 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 18 2022 20:43:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519536117 | | Email/Text: bankruptcy@sw-credit.com | Apr 18 2022 20:43:00 | Southwest Credit Systems, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 519536119 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:29 | Syncb/Suzuki Installment, Attn: Bankruptcy, Po Box 530912, Atlanta, GA 30353-0912 |
| 519536120 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:04 | Syncb/Suzuki Installment, Po Box 965073, Orlando, FL 32896-5073 |
| 519537825 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536121 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519536122 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:28 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519536123 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536124 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:05 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519536126 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:08 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 519536125 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2022 20:46:19 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536127 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 18 2022 20:46:16 | T-Mobile, 12920 Southeast 38th Street, Bellevue, WA 98006 |

Case 22-12265-SLM   Doc 15   Filed 04/20/22   Entered 04/21/22 00:16:49   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 132 | Total Noticed: 82 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519536138 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2022 20:42:00 | Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054 |
| 519536130 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2022 20:42:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536128 | + | Email/Text: jaxbanko@td.com | Apr 18 2022 20:42:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519536129 | + | Email/Text: jaxbanko@td.com | Apr 18 2022 20:42:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 519536136 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 18 2022 20:42:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536145 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2022 20:43:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 519536143 | + | Email/Text: CFDMCorrespondence@unionbank.com | Apr 18 2022 20:43:00 | Union Bank, N.A., 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 519536144 | + | Email/Text: BAN5620@UCBINC.COM | Apr 18 2022 20:42:00 | United Collection Bureau Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519536036 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW Airport, TX 76155, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536038 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW Airport, TX 76155, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536039 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW Airport, TX 76155, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536035 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW Airport, TX 76155, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536049 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536043 | * | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |
| 519536041 | *+ | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553430 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553431 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553433 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553434 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536047 | *+ | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536045 | *+ | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536051 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536054 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536055 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536056 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536058 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536059 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536060 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536062 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536063 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536065 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536066 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536068 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536070 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536072 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536073 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536075 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Apr 18, 2022 | Form ID: 132 | Total Noticed: 82 |

| | | |
|---|---|---|
| 519536076 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519536093 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536094 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536095 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536096 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536097 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536078 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536081 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536082 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536102 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519536110 | * | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536112 | * | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519536131 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536132 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536133 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536134 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536135 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536137 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536139 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536140 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536141 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 0 Undeliverable, 52 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022                       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Victor Antonio Peralta ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 6 of 6
Date Rcvd: Apr 18, 2022 Form ID: 132 Total Noticed: 82
TOTAL: 4