UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

In Re:

Victor Peralta

Case No.: 22-12265

Chapter: 13

Hearing Date: 7/13/2022

Judge: SLM

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Debtor's Opposition to Motion for Relief from Automatic Stay of American Airlines Federal Credit Union (Doc No. 21)

Date: 7/8/2022

/s/ Justin M. Gillman
Signature

*rev.8/1/15*