UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL 5998
Attorney for the Movant,
American Airlines Federal Credit Union

**Order Filed on July 13, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:  VICTOR ANTONIO PERALTA,

Case No.: 22-12265-SLM

Chapter 13

Adv. No.:

# ORDER GRANTING AMERICAN AIRLINES FEDERAL CREDIT UNION RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 13, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Chester A Luszcz, Esquire, Attorney for American Airlines Federal Credit Union, under Bankruptcy Code §362(d) for relief from the automatic stay and for good cause shown;

IT IS ON THIS    13   day of    July   , 2022,

ORDERED that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

<u>Description of Subject Personal Property</u>
2018 Tesla 3
Vehicle identification number
5YJ3E1EB0JF055291

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor(s) any trustee and any other party who entered an appearance on the motion.

With a copy of this Order to:
Chester A Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035