UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHESTER A. LUSZCZ, ESQUIRE
429 White Horse Pike
Haddon Heights, NJ 08035
(856) 547-5510
CL 5998
Attorney for the Movant,
American Airlines Federal Credit Union

Order Filed on July 13, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:  VICTOR ANTONIO PERALTA,

Case No.: 22-12265-SLM

Chapter 13

Adv. No.:

# ORDER GRANTING AMERICAN AIRLINES FEDERAL CREDIT UNION RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED:** July 13, 2022

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Chester A Luszcz, Esquire, Attorney for American Airlines Federal Credit Union, under Bankruptcy Code §362(d) for relief from the automatic stay and for good cause shown;

IT IS ON THIS   13   day of   July   , 2022,

ORDERED that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

<u>Description of Subject Personal Property</u>
2018 Tesla 3
Vehicle identification number
5YJ3E1EB0JF055291

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor(s) any trustee and any other party who entered an appearance on the motion.

With a copy of this Order to:
Chester A Luszcz, Esquire
429 White Horse Pike
Haddon Heights, NJ 08035

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 22-12265-SLM
Victor Antonio Peralta                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victor Antonio Peralta, 60 Boyd Avenue, Jersey City, NJ 07304-1408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chester A. Luszcz | on behalf of Creditor American Airlines Federal Credit Union luszcz@comcast.net  bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Victor Antonio Peralta ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5