**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security      0 Assumption of Executory Contract or Unexpired Lease      0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Victor Antonio Peralta**

Debtor(s)

Case No.: **22-12265**
Judge: **Hon. Stacey L. Meisel, USBJ**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original       ☑ Modified/Notice Required       Date: **03/22/2022**
☐ Motions Included       ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **JMG**       Initial Debtor:  **VAP**       Initial Co-Debtor  _____

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay **1,105.00 Monthly** to the Chapter 13 Trustee, starting on **April 1, 2022** for approximately **60** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
  - ☑ Future Earnings
  - ☐ Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
  - ☐ Sale of real property
    Description:
    Proposed date for completion: _____
  - ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____
  - ☐ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection        **X NONE**

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Justin M. Gillman, Esq.** | **Attorney Fees** | 3,000.00<br>At an amount to be determined by application pursuant to D.N.J. LBR 2016-5(c) |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | 4,492.17 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☑ None

|  |  |  |  |
|---|---|---|---|
| ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): | | | |
| Creditor | Type of Priority | Claim Amount | Amount to be Paid |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Quicken Loans | 60 Boyd Avenue Jersey City, NJ 07304 Hudson County | 1,284.79 | 0.00 | 1,284.79 | 1,928.41 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

   2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☐ NONE

   Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **American Airlines FCU** | 2018 Tesla 3 | 40,000.00 | 2,880.02 |

### f. Secured Claims Unaffected by the Plan ☐ NONE

   The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **American Honda Finance** |

### g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims       ☐ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☑   Not less than $ __51,000.00__ to be distributed *pro rata*

   ☐   Not less than ___ percent

   ☐   *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases      ☒ NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| Part 7: Motions | X NONE |
|---|---|

**NOTE:** All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ✓ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| Part 8: Other Plan Provisions |
|---|

a. **Vesting of Property of the Estate**
   ✓  Upon Confirmation
   ☐  Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**

5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **04/15/2022**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtor not pursuing recovery and cure on AAFCU secured loan on 2018 Tesla 3 vehicle. Vehicle was the sole basis for Debtor's involvement in Peralta Exotics LLC and therefore Debtor is closing business.** **AAFCU filed Amended Claims (Claim#2-2, 3-2. 4-2) as general unsecured claims including proposed surrender of vehicle per Part 4e of Modified Plan being filed.** | **Modified Plan proposes surrender of 2018 Tesla 3 vehicle (previously repossessed). Per Amended Schedules I & J, income from Peralta Exotics LLC amended to $0 and payment removed from proposed expenses.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **July 8, 2022**          /s/ **Victor Antonio Peralta**
                                  **Victor Antonio Peralta**
                                  Debtor
Date:
                                  Joint Debtor


Date  **July 8, 2022**           /s/ **Justin M. Gillman, Esq.**
                                  **Justin M. Gillman, Esq.**
                                  Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 22-12265-SLM

Victor Antonio Peralta      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6
Date Rcvd: Jul 19, 2022     Form ID: pdf901     Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Antonio Peralta, 60 Boyd Avenue, Jersey City, NJ 07304-1408 |
| 519552122 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519536084 | ++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766 address filed with court:, Credit Corp Solutions, Inc, 121 W Election Road, Suite 200, Draper, UT 84020 |
| 519536085 | ++ | CREDIT CORP SOLUTIONS INC, 121 W ELECTION RD, SANDY UT 84020-7766 address filed with court:, Credit Corp Solutions, Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 519536100 | + | Freedom Road Financial, 10605 Double R Blvd, Reno, NV 89521-8920 |
| 519536105 | + | Monarch Recovery Management, PO Box 21089, Philadelphia, PA 19114-0589 |
| 519586642 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519536118 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 519536146 | | Us Bank, Attn Cbdh, Oshkosh, WI 54903 |
| 519536147 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 519536148 | + | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 519536149 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2022 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2022 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@aacreditunion.org | Jul 19 2022 20:48:00 | American Airlines Federal Credit Union, MD2100, P.O. Box 619001, DFW Airport, TX 75261 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2022 20:59:55 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536037 | | Email/Text: bankruptcy@aacreditunion.org | Jul 19 2022 20:48:00 | American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536034 | | Email/Text: bankruptcy@aacreditunion.org | Jul 19 2022 20:48:00 | American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536048 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 19 2022 20:49:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536052 | | Email/Text: bankruptcies@arsigroup.com | Jul 19 2022 20:48:00 | American Recovery Services, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 519536042 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:55 | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519536040 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:55 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553429 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536046 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:43 | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536044 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:32 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536050 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 19 2022 20:49:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536053 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536057 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536061 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2022 20:48:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536064 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2022 20:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536067 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 19 2022 20:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 19 2022 20:48:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2022 20:59:34 | CITI, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519536084 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 19 2022 20:48:00 | Credit Corp Solutions, Inc, 121 W Election Road, Suite 200, Draper, UT 84020 |
| 519536085 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 19 2022 20:48:00 | Credit Corp Solutions, Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 519536071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 20:59:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 20:59:30 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519551741 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2022 20:59:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519536087 | | Email/Text: mrdiscen@discover.com | Jul 19 2022 20:48:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519541404 | | Email/Text: mrdiscen@discover.com | Jul 19 2022 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519536086 | + | Email/Text: mrdiscen@discover.com | Jul 19 2022 20:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519536088 | ^ | MEBN | Jul 19 2022 20:47:25 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519536089 | ^ | MEBN | Jul 19 2022 20:47:55 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519536090 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2022 20:48:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519536091 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2022 20:48:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 519554067 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2022 20:48:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |

Case 22-12265-SLM    Doc 29    Filed 07/21/22    Entered 07/22/22 00:11:51    Desc Imaged
Certificate of Notice    Page 10 of 13

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf901 | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| 519536098 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 19 2022 20:48:00 | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 519536092 | + | Email/Text: crdept@na.firstsource.com | Jul 19 2022 20:49:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536099 | + | Email/Text: sthomas@frf1.com | Jul 19 2022 20:49:00 | Freedom Road Financial, Attn: Bankruptcy, Po Box 4597, Oak Brook, IL 60522-4597 |
| 519536077 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 20:59:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536080 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 20:59:40 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551100 | + | Email/Text: RASEBN@raslg.com | Jul 19 2022 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519536104 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 20:59:34 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519536101 | + | Email/Text: Documentfiling@lciinc.com | Jul 19 2022 20:48:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519584325 | + | Email/Text: Documentfiling@lciinc.com | Jul 19 2022 20:48:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519536103 | + | Email/Text: Documentfiling@lciinc.com | Jul 19 2022 20:48:00 | Lendingclub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519536106 | | Email/Text: compliance@monarchrm.com | Jul 19 2022 20:48:00 | Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 519536107 | ^ | MEBN | Jul 19 2022 20:48:27 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519536108 | | Email/Text: bankruptcydepartment@tsico.com | Jul 19 2022 20:49:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536109 | | Email/Text: bankruptcydepartment@tsico.com | Jul 19 2022 20:49:00 | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536111 | ^ | MEBN | Jul 19 2022 20:48:31 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519569617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2022 20:59:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519626616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2022 20:59:32 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 519555270 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2022 20:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519536113 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519536114 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519536115 | + | Email/Text: ngisupport@radiusgs.com | Jul 19 2022 20:48:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 519536116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 20:59:44 | Resurgent Acquisitions LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519548460 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519536117 | | Email/Text: bankruptcy@sw-credit.com | Jul 19 2022 20:49:00 | Southwest Credit Systems, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519536119 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:30 | Syncb/Suzuki Installment, Attn: Bankruptcy, Po Box 530912, Atlanta, GA 30353-0912 |
| 519536120 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:52 | Syncb/Suzuki Installment, Po Box 965073, Orlando, FL 32896-5073 |
| 519578634 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519537825 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536121 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519536122 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:30 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519536123 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536124 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:30 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519536126 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:53 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 519536125 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536127 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 19 2022 20:59:30 | T-Mobile, 12920 Southeast 38th Street, Bellevue, WA 98006 |
| 519536138 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 19 2022 20:48:00 | Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054 |
| 519536130 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 19 2022 20:48:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536128 | + | Email/Text: jaxbanko@td.com | Jul 19 2022 20:48:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519536129 | + | Email/Text: jaxbanko@td.com | Jul 19 2022 20:48:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 519536136 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 19 2022 20:48:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519568644 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 20:59:44 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536142 | ^ | MEBN | Jul 19 2022 20:48:15 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519536145 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 19 2022 20:49:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 519536143 | + | Email/Text: CFDMCorrespondence@unionbank.com | Jul 19 2022 20:49:00 | Union Bank, N.A., 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 519536144 | + | Email/Text: BAN5620@UCBINC.COM | Jul 19 2022 20:48:00 | United Collection Bureau Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519536148 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 19 2022 20:59:44 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 519536147 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 19 2022 20:59:48 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 519536149 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 20 2022 09:55:34 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519536035 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536036 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536038 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536039 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536049 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536043 | * | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |
| 519536041 | *+ | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553430 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553431 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553433 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553434 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536047 | *+ | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536045 | *+ | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536051 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536054 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536055 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536056 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536058 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536059 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536060 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536062 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536063 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536065 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536066 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536068 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536070 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536072 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536073 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536075 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519536076 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519536093 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536094 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536095 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536096 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536097 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536078 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536081 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536082 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536102 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519536110 | * | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536112 | * | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519536131 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536132 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536133 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |

| | | |
|---|---|---|
| 519536134 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536135 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536137 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536139 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536140 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536141 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 0 Undeliverable, 52 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chester A. Luszcz | on behalf of Creditor American Airlines Federal Credit Union luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Victor Antonio Peralta ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5