Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−12265−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Victor Antonio Peralta
  60 Boyd Avenue
  Jersey City, NJ 07304

Social Security No.:
  xxx−xx−8526
Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 24, 2022.

Dated: August 24, 2022
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Victor Antonio Peralta  
    Debtor

Case No. 22-12265-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 6  
Date Rcvd: Aug 24, 2022      Form ID: plncf13      Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victor Antonio Peralta, 60 Boyd Avenue, Jersey City, NJ 07304-1408 |
| 519552122 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519536100 | + | Freedom Road Financial, 10605 Double R Blvd, Reno, NV 89521-8920 |
| 519536105 | + | Monarch Recovery Management, PO Box 21089, Philadelphia, PA 19114-0589 |
| 519586642 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519536118 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 519536146 | | Us Bank, Attn Cbdh, Oshkosh, WI 54903 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@aacreditunion.org | Aug 24 2022 20:57:00 | American Airlines Federal Credit Union, MD2100, P.O. Box 619001, DFW Airport, TX 75261 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2022 21:01:53 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536037 | | Email/Text: bankruptcy@aacreditunion.org | Aug 24 2022 20:57:00 | American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536034 | | Email/Text: bankruptcy@aacreditunion.org | Aug 24 2022 20:57:00 | American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536048 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 24 2022 20:58:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536052 | | Email/Text: bankruptcies@arsigroup.com | Aug 24 2022 20:57:00 | American Recovery Services, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360 |
| 519536042 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:02:04 | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |
| 519536040 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:02:04 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553429 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536046 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:43 | American Express Travel Related Services, P.o. |

Case 22-12265-SLM  Doc 33  Filed 08/26/22  Entered 08/28/22 00:15:56  Desc Imaged
Certificate of Notice  Page 3 of 7

| District/off: 0312-2 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Aug 24, 2022 | Form ID: plncf13 | Total Noticed: 89 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Box 981537, El Paso, TX 79998-1537 |
| 519536044 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:52 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536050 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 24 2022 20:58:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536053 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:01:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536057 | + | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:12:16 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536061 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 24 2022 20:56:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536064 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 24 2022 20:56:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536067 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 24 2022 20:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 24 2022 20:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2022 21:12:24 | CITI, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519536084 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 24 2022 20:56:00 | Credit Corp Solutions, Inc, 121 W Election Road, Suite 200, Draper, UT 84020 |
| 519536085 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 24 2022 20:56:00 | Credit Corp Solutions, Inc., 180 Election Road, Suite 200, Draper, UT 84020 |
| 519536071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2022 21:02:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2022 21:01:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519551741 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 24 2022 21:01:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519536087 | | Email/Text: mrdiscen@discover.com | Aug 24 2022 20:57:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519541404 | | Email/Text: mrdiscen@discover.com | Aug 24 2022 20:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519536086 | + | Email/Text: mrdiscen@discover.com | Aug 24 2022 20:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519536088 | ^ | MEBN | Aug 24 2022 20:53:35 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519536089 | ^ | MEBN | Aug 24 2022 20:53:43 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519536090 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2022 20:57:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 519536091 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2022 20:57:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 519554067 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2022 20:57:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |
| 519536098 | | Email/Text: Bankruptcy@FMAAlliance.com | Aug 24 2022 20:57:00 | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 519536092 | + | Email/Text: crdept@na.firstsource.com | Aug 24 2022 20:58:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536099 | + | Email/Text: sthomas@frf1.com | Aug 24 2022 20:58:00 | Freedom Road Financial, Attn: Bankruptcy, Po |

Case 22-12265-SLM    Doc 33    Filed 08/26/22    Entered 08/28/22 00:15:56    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: plncf13 | Total Noticed: 89 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 4597, Oak Brook, IL 60522-4597 |
| 519536077 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2022 21:01:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536080 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2022 21:02:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519551100 | + | Email/Text: RASEBN@raslg.com | Aug 24 2022 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519536104 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 21:01:53 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519536101 | + | Email/Text: Documentfiling@lciinc.com | Aug 24 2022 20:57:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519584325 | + | Email/Text: Documentfiling@lciinc.com | Aug 24 2022 20:57:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519536103 | + | Email/Text: Documentfiling@lciinc.com | Aug 24 2022 20:57:00 | Lendingclub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519536106 | | Email/Text: compliance@monarchrm.com | Aug 24 2022 20:57:00 | Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 519536107 | ^ | MEBN | Aug 24 2022 20:54:36 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519536108 | | Email/Text: bankruptcydepartment@tsico.com | Aug 24 2022 20:58:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536109 | | Email/Text: bankruptcydepartment@tsico.com | Aug 24 2022 20:58:00 | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536111 | ^ | MEBN | Aug 24 2022 20:54:48 | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519569617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2022 21:02:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519626616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2022 21:01:52 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 519555270 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2022 20:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519536113 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2022 20:58:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519536114 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2022 20:58:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519536115 | + | Email/Text: ngisupport@radiusgs.com | Aug 24 2022 20:57:00 | Radius Global Solutions, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 519536116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2022 21:01:54 | Resurgent Acquisitions LLC, c/o Resurgent Capital Services LP, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519548460 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 24 2022 20:58:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519536117 | | Email/Text: bankruptcy@sw-credit.com | Aug 24 2022 20:58:00 | Southwest Credit Systems, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 519536119 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:01:08 | Syncb/Suzuki Installment, Attn: Bankruptcy, Po Box 530912, Atlanta, GA 30353-0912 |
| 519536120 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:01:13 | Syncb/Suzuki Installment, Po Box 965073, Orlando, FL 32896-5073 |
| 519578634 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 22-12265-SLM    Doc 33    Filed 08/26/22    Entered 08/28/22 00:15:56    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: plncf13 | Total Noticed: 89 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 24 2022 21:02:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519537825 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:02:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519536121 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:02:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519536122 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:02:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519536123 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:02:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536124 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:01:11 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519536126 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:01:13 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 519536125 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 21:01:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519536127 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 24 2022 21:01:01 | T-Mobile, 12920 Southeast 38th Street, Bellevue, WA 98006 |
| 519536138 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 24 2022 20:57:00 | Toyota Financial Services, 4 Gatehall Dr. #350, Parsippany, NJ 07054 |
| 519536130 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 24 2022 20:57:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536128 | + | Email/Text: jaxbanko@td.com | Aug 24 2022 20:56:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519536129 | + | Email/Text: jaxbanko@td.com | Aug 24 2022 20:56:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 519536136 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 24 2022 20:57:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519568644 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:02:04 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536142 | | ^ MEBN | Aug 24 2022 20:52:45 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519536145 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 24 2022 20:58:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 519536143 | + | Email/Text: CFDMCorrespondence@unionbank.com | Aug 24 2022 20:58:00 | Union Bank, N.A., 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 519536144 | + | Email/Text: BAN5620@UCBINC.COM | Aug 24 2022 20:57:00 | United Collection Bureau Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519536148 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 24 2022 21:12:25 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 519536147 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 24 2022 21:12:19 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 519536149 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 24 2022 21:12:19 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 82

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Aug 24, 2022 | Form ID: plncf13 | Total Noticed: 89 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519536035 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536036 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, Attn: Bankruptcy, Pob 619001 Md 2100, Dfw Airport, TX 75261 |
| 519536038 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536039 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P.O. Box 119001, MD 2100, DFW AIRPORT, TX 75261, address filed with court:, American Airlines FCU, 14050 Faa Boulevard, Fort Worth, TX 76155 |
| 519536049 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 519536043 | * | American Express, P.O. Box 360002, Fort Lauderdale, FL 33336-0002 |
| 519536041 | *+ | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519553430 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553431 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553433 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519553434 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519536047 | *+ | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536045 | *+ | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 519536051 | *+ | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 519536054 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536055 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536056 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519536058 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536059 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536060 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519536062 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536063 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519536065 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536066 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519536068 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519536070 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519536072 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536073 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519536075 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519536076 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519536093 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536094 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536095 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536096 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536097 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519536078 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519536081 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536082 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519536102 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519536110 | * | Nationwise Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519536112 | * | Northstar Location Services LLC, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 519536131 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536132 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536133 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536134 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536135 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519536137 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Aug 24, 2022 | Form ID: plncf13 | Total Noticed: 89

| | | |
|---|---|---|
| 519536139 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536140 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519536141 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 0 Undeliverable, 52 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chester A. Luszcz | on behalf of Creditor American Airlines Federal Credit Union luszcz@comcast.net bluszcz@comcast.net |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Victor Antonio Peralta ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5