**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on October 5, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Victor Peralta,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 22-12265<br><br>Hearing Date: October 4, 2022<br><br>Judge: Stacey L. Meisel |

**AMENDED PROPOSED ORDER GRANTING SUPPLEMENTAL
CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2022**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

4860-3817-2978, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____8,850.00_____ for services rendered and expenses in the amount of $_____483.45_____ for a total of $_____9,333.45_____. The allowance is payable:

- ☒ $ __6,333.45__ through the Chapter 13 plan as an administrative priority.
- ☒ $ __3,000.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,177.00_____ per month for __53__ months beginning November 2022 to allow for payment of the above fee.

*rev.8/1/15*

4860-3817-2978, v. 1