**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

December 20, 2022

**Re: Standing Trustee's Notice of Distribution**
   **Case No: 22-12265**

On August 24, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER 20, 2022

**Chapter 13 Case # 22-12265**

Atty:    GILLMAN, BRUTON & CAPONE, LLC

Re:    VICTOR ANTONIO PERALTA
60 BOYD AVENUE
JERSEY CITY, NJ  07304

PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $70,120.00

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/25/2022 | $1,105.00 | 8420100000 | 05/04/2022 | $1,105.00 | 8446093000 |
| 06/06/2022 | $1,105.00 | 8511657000 | 07/08/2022 | $1,105.00 | 8576472000 |
| 08/03/2022 | $1,105.00 | 8627595000 | 09/07/2022 | $1,105.00 | 8694736000 |
| 10/07/2022 | $1,107.00 | 8755525000 | 11/04/2022 | $1,177.00 | 8810152000 |
| 12/06/2022 | $1,177.00 | 8868543000 | | | |

**Total Receipts: $10,091.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,091.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 422.38 | |
| ATTY | ATTORNEY | ADMIN | 6,333.45 | 100.00% | 6,333.45 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN AIRLINES FEDERAL CREDIT U | UNSECURED | 19,387.58 | * | 0.00 | |
| 0002 | AMERICAN AIRLINES FCU | UNSECURED | 8,965.63 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,353.73 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,957.61 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,011.25 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,987.70 | * | 0.00 | |
| 0007 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,008.75 | * | 0.00 | |
| 0011 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 850.73 | * | 0.00 | |
| 0012 | BANK OF AMERICA | UNSECURED | 16,920.16 | * | 0.00 | |
| 0013 | BANK OF AMERICA | UNSECURED | 90,559.61 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,561.96 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 14,439.16 | * | 0.00 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,187.44 | * | 0.00 | |
| 0018 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 12,383.35 | * | 0.00 | |
| 0019 | JPMORGAN CHASE BANK NA | UNSECURED | 16,893.46 | * | 0.00 | |
| 0020 | JPMORGAN CHASE BANK NA | UNSECURED | 31,515.33 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0023 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,349.86 | * | 0.00 | |
| 0028 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,939.28 | * | 0.00 | |
| 0030 | FIRSTSOURCE ADVANTAGE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | FREEDOM ROAD FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LENDINGCLUB BANK, NA | UNSECURED | 38,691.35 | * | 0.00 | |
| 0042 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 1,284.79 | 100.00% | 1,284.79 | |
| 0046 | SOUTHWEST CREDIT SYSTEMS, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | STATE OF NJ | PRIORITY | 4,492.17 | 100.00% | 938.12 | |
| 0048 | SYNCB/SUZUKI INSTALLMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,106.41 | * | 0.00 | |
| 0057 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 9,492.36 | * | 0.00 | |
| 0060 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | AMERICAN AIRLINES FEDERAL CREDIT U | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | QUANTUM3 GROUP LLC | UNSECURED | 12,518.96 | * | 0.00 | |
| 0074 | JPMORGAN CHASE BANK NA | UNSECURED | 24,189.81 | * | 0.00 | |
| 0075 | BANK OF AMERICA | UNSECURED | 763.16 | * | 0.00 | |
| 0076 | AMERICAN AIRLINES FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,155.18 | * | 0.00 | |
| 0079 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | FIRSTSOURCE ADVANTAGE LLC | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $8,978.74**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | | | | | | | |
| | 10/17/2022 | $64.53 | 899085 | | 11/14/2022 | $1,046.12 | 900655 |
| | 12/12/2022 | $174.14 | 902216 | | | | |
| STATE OF NJ | | | | | | | |
| | 12/12/2022 | $938.12 | 903070 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: December 20, 2022.

Receipts: $10,091.00    -    Paid to Claims: $2,222.91    -    Admin Costs Paid: $6,755.83    =    Funds on Hand: $1,112.26

Base Plan Amount: $70,120.00    -    Receipts: $10,091.00    =    Total Unpaid Balance: **$60,029.00

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.