GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ  08837

Re:  VICTOR ANTONIO PERALTA
60 BOYD AVENUE
JERSEY CITY, NJ  07304

Atty:  GILLMAN, BRUTON & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ  08837

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-12265

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $70,120.00**

### RECEIPTS AS OF 01/13/2023          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/25/2022 | $1,105.00 | 8420100000 | 05/04/2022 | $1,105.00 | 8446093000 |
| 06/06/2022 | $1,105.00 | 8511657000 | 07/08/2022 | $1,105.00 | 8576472000 |
| 08/03/2022 | $1,105.00 | 8627595000 | 09/07/2022 | $1,105.00 | 8694736000 |
| 10/07/2022 | $1,107.00 | 8755525000 | 11/04/2022 | $1,177.00 | 8810152000 |
| 12/06/2022 | $1,177.00 | 8868543000 | 01/03/2023 | $1,177.00 | 8915826000 |

**Total Receipts: $11,268.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $11,268.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | | | | | | |
| | 10/17/2022 | $64.53 | 899,085 | 11/14/2022 | $1,046.12 | 900,655 |
| | 12/12/2022 | $174.14 | 902,216 | | | |
| STATE OF NJ | | | | | | |
| | 12/12/2022 | $938.12 | 903,070 | 01/09/2023 | $1,112.26 | 904,560 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 487.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,333.45 | 100.00% | 6,333.45 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN AIRLINES FEDERAL CREDIT | UNSECURED | 19,387.58 | * | 0.00 | |
| 0002 | AMERICAN AIRLINES FCU | UNSECURED | 8,965.63 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,353.73 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,957.61 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,011.25 | * | 0.00 | |
| 0006 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,987.70 | * | 0.00 | |
| 0007 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 22-12265

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 4,008.75 | * | 0.00 | |
| 0011 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 850.73 | * | 0.00 | |
| 0012 | BANK OF AMERICA | UNSECURED | 16,920.16 | * | 0.00 | |
| 0013 | BANK OF AMERICA | UNSECURED | 90,559.61 | * | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,561.96 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 14,439.16 | * | 0.00 | |
| 0017 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,187.44 | * | 0.00 | |
| 0018 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 12,383.35 | * | 0.00 | |
| 0019 | JPMORGAN CHASE BANK NA | UNSECURED | 16,893.46 | * | 0.00 | |
| 0020 | JPMORGAN CHASE BANK NA | UNSECURED | 31,515.33 | * | 0.00 | |
| 0023 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 14,349.86 | * | 0.00 | |
| 0028 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 3,939.28 | * | 0.00 | |
| 0030 | FIRSTSOURCE ADVANTAGE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | FREEDOM ROAD FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | LENDINGCLUB BANK, NA | UNSECURED | 38,691.35 | * | 0.00 | |
| 0042 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 1,284.79 | 100.00% | 1,284.79 | |
| 0046 | SOUTHWEST CREDIT SYSTEMS, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | STATE OF NJ | PRIORITY | 4,492.17 | 100.00% | 2,050.38 | |
| 0048 | SYNCB/SUZUKI INSTALLMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,106.41 | * | 0.00 | |
| 0057 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 9,492.36 | * | 0.00 | |
| 0060 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | WELLS FARGO DEALER SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | AMERICAN AIRLINES FEDERAL CREDIT U | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | QUANTUM3 GROUP LLC | UNSECURED | 12,518.96 | * | 0.00 | |
| 0074 | JPMORGAN CHASE BANK NA | UNSECURED | 24,189.81 | * | 0.00 | |
| 0075 | BANK OF AMERICA | UNSECURED | 763.16 | * | 0.00 | |
| 0076 | AMERICAN AIRLINES FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,155.18 | * | 0.00 | |
| 0079 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | FIRSTSOURCE ADVANTAGE LLC | UNSECURED | 0.00 | * | 0.00 | |

Total Paid: $10,155.74
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $11,268.00   -   Paid to Claims: $3,335.17   -   Admin Costs Paid: $6,820.57   =   Funds on Hand: $1,112.26

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.